**No. 68318.**—Dansk Designs, Inc. *v.* United States, protests 63/8875 and 63/8876 (New York).

Opinion by RAO, J.   It appearing from the official papers that the protests were untimely filed under section 514, Tariff Act of 1930, the protests were ·dismissed.

FEBRUARY 10, 1964

**No. 68319.**—Dormer-Werner, Inc. *v.* United States, protest 59/14257.   Protest dismissed December 12, 1963.   (Not published.)   (Initial No. 331027–K.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 17, 1964

**No. 68320.**—Polks Model Craft Hobbies, Inc., et al. *v.* United States, protests 59/20675(A), etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature railroad equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable, according to the component material of chief value or under specific provisions, as follows: The items marked "A" at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures in chief value of base metal and the items marked "B" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device.   Other items, marked "A" and "B," were held dutiable according to the separate components as follows: The "A" portion at the appropriate rate of duty, depending upon the date of entry, under the provision in said paragraph 397, as modified by T.D. 51802 or by T.D. 54108, for manufactures in chief value of base metal, at a value of $2 per unit, and the "B" portion at 13¾ percent ad valorem under the provision in said paragraph 353, as modified by T.D. 52739, for metal articles having as an essential feature an ·electrical element or device, on the basis of the appraised *per se* unit value, less $2, as claimed.